ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 20 2005
CLERK, U.S. DISTRICT COURT
By _____
   Deputy

| | |
|---|---|
| RANDY HARRIS | * |
| Petitioner | * |
| v. | * |
| | * CA-3:92-CV-0980-H |
| UNITED STATES OF AMERICA | * CR-3:92-CR-289-H |
| Respondent | * |

# ORDER

Before the Court are the Findings and Recommendation of the United States Magistrate Judge, filed June 13, 2005, and Petitioner's Objections thereto, filed June 17, 2005.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings and Recommendation of the Magistrate Judge; and Petitioner's Objections. Having done so, the Court is of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Petitioner's Objections are **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED.

DATED: June _20_, 2005.

_____
BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS