IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| RANDY HARRIS, 23373-077, ) | |
|     PETITIONER-MOVANT, ) | |
| ) | Civil No. 3:06-CV-0126-H |
| v. ) | Criminal 3:92-CR-289-H(02) |
| ) | ECF |
| UNITED STATES OF AMERICA, ) | |
|     RESPONDENT. ) | |

## O R D E R

Before the Court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed August 14, 2006, and Petitioner's Objections thereto, filed August 24, 2006.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings, Conclusions and Recommendation of the Magistrate Judge; and Petitioner's Objections. Having done so, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Petitioner's Objections are **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED.

DATED: August 25, 2006.

_____
BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS